**DENY; and Opinion Filed December 12, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01657-CV

### IN RE DR. JONATHAN OH, Relator

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-04068-A**

## MEMORANDUM OPINION
Before Justices Moseley, Fillmore, and Brown
Opinion by Justice Fillmore

Before the Court is Dr. Jonathan Oh's Petition for Writ of Mandamus. Relator contends the trial court abused its discretion in permitting certain pre-suit depositions pursuant to Texas Rule of Civil Procedure 202. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

131657F.P05